**Thomas R. MORKE, Plaintiff–Appellant,**

v.

**F. MERRITT, Investigator; Dennis Trent, Unit Manager; Shirley Avent, Warden's Designee/ Agent; F. Shelby Spence, Chief of Security; David A. Garraghty, Chief Warden; Rufus Fleming, Regional Director, Defendants–Appellees.**

No. 01–6104.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 31, 2001.

Decided Oct. 9, 2001.

Thomas R. Morke, pro se. Mark Ralph Davis, Office of the Attorney General of Virginia, Richmond, VA, for appellees.

Before WILKINS and DIANA GRIBBON MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Thomas R. Morke appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint, and a subsequent order denying his Fed.R.Civ.P. 59(e) motion. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Morke v. Merritt,* No. CA–98–1572–AM (E.D. Va. filed Sept. 7, 2000, entered Sept. 8, 2000; filed Nov. 27, 2000, entered Nov. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*